# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Stanley Associates, Inc. ) ASBCA Nos. 58802, 58803
)
Under Contract Nos. DAAA09-02-C-0004 )
DAAH01-99-C-R235 )
DAAH01-00-D-0016 )
DAKF11-99-D-0005 )
DTOS59-96-D-00424 )
DTTS59-99-D-00447 )
DTTS59-99-D-00465 )
FA8650-04-C-1715 )
M67004-06-C-0011 )
MDA972-03-C-0010 )
N00178-04-D-4128 )
N00421-00-D-0467 )
N65236-03-D-7845 )
N66001-95-D-0010 )
N66001-00-D-5089 )
N66001-00-D-5095 )
N66001-03-D-5049 )
N66001-06-D-0069 )
N66001-06-D-0085 )
W15QKN-06-C-0092 )
W31P4Q-04-C-R310 )
W52P1J-04-C-0101 )

APPEARANCES FOR THE APPELLANT: Karen L. Manos, Esq.
Eric J. Broxmeyer, Esq.
Gibson, Dunn & Crutcher LLP
Washington, DC

APPEARANCES FOR THE GOVERNMENT: E. Michael Chiaparas, Esq.
DCMA Chief Trial Attorney
Robert L. Duecaster, Esq.
Trial Attorney
Defense Contract Management Agency
Manassas, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 11 March 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58802, 58803, Appeals of Stanley Associates, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2